■ JOHN W. CEGIELSKI, as Administrator of the Estate of KATHLEEN. A. CEGIELSKI, Deceased, Respondent, v ST. FRANCIS HOME, Appellant. [636 NYS2d 677] —Judgment unanimously affirmed with costs. Memorandum: Supreme Court properly denied defendant's motion to dismiss at the close of proof. Contrary to defendant's contention, expert testimony was not required to establish a prima facie case because this case involves ordinary negligence, not medical malpractice *(see, Kerker v Hurwitz,* 163 AD2d 859, *remittitur amended* 166 AD2d 931; *see generally, White v Sheehan Mem. Hosp.,* 119 AD2d 989). The court also properly refused to charge the affirmative defense of culpable conduct; there was no evidence that plaintiff's decedent was negligent *(see, Willis v Young Men's Christian Assn.,* 28 NY2d 375, 377-378). (Appeal from Judgment of Supreme Court, Erie County, Notaro, J.—Negligence.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.